

# CHRIS DANIEL

01-15-00441-CR

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 1:50:45 PM
CHRISTOPHER A. PRINE
Clerk

May 7, 2015

THOMAS LEWIS
ATTORNEY OF RECORD
1602 WASHINGTON AVE.
HOUSTON TEXAS   77007

Defendant's Name:  JULIAN MORENO

Cause No:  1391823

Court:  230TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  04/29/2015
**Sentence Imposed Date:**  04/29/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  THOMAS LEWIS
**Pauper's Oath Filed:**  04/29/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1391823

## THE STATE OF TEXAS
### V.
JULIAN MORENO , A/K/A/ _____

_____230_____ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __April 29, 2015__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

__4-29-15__
**Date**

__JULIAN R. MORENO, JR.__
**Defendant (Printed name)**

__4-29-15__

**Attorney (Signature)**

__VIKRAM V15__
**Attorney (Printed name)**

__24063855__
**State Bar Number**

__11601 Shadow Creek Pkwy Ste 111 B247 Pearland TX 77584__
**Address**

__832 762 1409__
**Telephone Number**

**The defendant (check all that apply):**

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

__JULIAN R. MORENO__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ APR 29 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

APR 29 2015

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ❑ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ❑ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☐ _____(attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal.

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☑ SET at $ _100,000_ with electronic monitor

    ❑ TO CONTINUE as presently set.

    ❑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _APR 29 2015_

JUDGE PRESIDING,
_230th_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1391823

THE STATE OF TEXAS

v.

JULIAN MORENO , Defendant

IN THE 230 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

APR 2 9 2015

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: 24063855

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1391823

OFFENSE: MAJ Ass/4 230 DISTRICT COURT Bod Inj -FM

THE STATE OF TEXAS

VS.

Julian Moreno

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Julian Moreno _____, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X _Julian R M_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this ___ day of APRIL A.D., 20 15.

FILED
Chris Daniel
District Clerk

APR 20 2015

Time: 4-29-15
Harris County, Texas

DEPUTY DISTRICT CLERK
230 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _____ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that Thomas Lewis is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter:
_____, by certified mail return receipt requested.

JUDGE PRESIDING
230 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Thomas Lewis _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

12308540
BAR/SPN NUMBER

1602 Washington AV
ADDRESS

Houston Tx 77007
CITY          STATE          ZIP

713/256.6779
PHONE

FAX NUMBER

TJLAW2@comcast.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 4/29/2015 _____.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

Court _230th_ _Due: 4-28-15_ _1st_    Cause No. _139,823_

### The State of Texas
### Vs
_Julian Moreno_

_4-29-15_

**Date Notice Of Appeal:** _4.29.2015_

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** _Brad Hart_

**Court Reporter** _Trish Matthews_

**Court Reporter** _—_

**Court Reporter** _—_

**Attorney on Trial** _Vikram Vij_

**Attorney on Appeal** _to be determined_

Appointed _/_ Hired _____

**Offense** _Assault - Family Member 2nd offender_

**Jury Trial**    Yes_____ No _X_

**Punishment Assessed** _4yrs TDCJ_

**Companion Cases (If Known)** _N/A_

**Amount of Appeal Bond** _$100,000_ _5-1-15_

**Appellant Confined:**    Yes_____ No _____ ✓

**Date Submitted To Appeal Section** _4/30/15_ _5-1-15_ _994_

**Deputy Clerk** _K. Mujp_ _5-7-15_